1
2
3
4
5
6
7
8
9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
| UNITED STATES OF AMERICA, | ) | CR No. CR 10-0632 WHA |
|---|---|---|
|  | ) |  |
|  | ) | [~~PROPOSED~~] ORDER EXCLUDING |
| Plaintiff, | ) | TIME FROM SEPTEMBER 28, 2010 |
|  | ) | THROUGH SEPTEMBER 10, 2010 |
| v. | ) |  |
|  | ) |  |
| PABLO ONOFRE, | ) |  |
| DAVID SANDOVAL, | ) |  |
| STEPHEN RATCLIFF, and | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

21    The parties appeared in Court on September 28, 2010 for an initial appearance on this

22 case. Counsel for Defendant Sandoval requested an exclusion of time. All parties stipulated to

23 and the Court ordered the exclusion of time under the Speedy Trial Act from September 28, 2010

24 up to and including November 10, 2010 for effective preparation of counsel.

25    Based upon the parties' representations, and for good cause appearing, THE COURT

26 ORDERS THAT:

27    1.    Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from September

28 28, 2010 up to and including November 10, 2010 for effective preparation of counsel. Failure to

SPEEDY TRIAL ACT ORDER
CR 10-0632 WHA                                                                                 1

1  grant the requested continuance would unreasonably deny defense counsel the time necessary for
2  effective preparation, taking into account the exercise of due diligence and the need for counsel
3  to review the discovery with the defendants 18 U.S.C. § 3161(h)(7)(B)(iv).
4       2.    Given these circumstances, the Court finds that the ends of justice served by
5  excluding the period from September 28, 2010 up to and including November 10, 2010 outweigh
6  the best interest of the public and the defendants in a speedy trial 18 U.S.C. § 3161(h)(7)(A).
7       3.    Accordingly, and with the consent of the defendants, the Court orders that the
8  period from September 28, 2010 up to and including November 10, 2010 be excluded from the
9  Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED: October 13, 2010.


_____
HON. WILLIAM ALSUP
United States District Judge

SPEEDY TRIAL ACT ORDER
CR 10-0632 WHA                                                                 2