MELINDA L. HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Acting Criminal Chief

KATHERINE DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-6833
    Facsimile: (415) 436-6982
    Email: katherine.dowling@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> PABLO ONOFRE, <br> DAVID SANDOVAL, and <br> STEPHEN RATCLIFF, <br>     Defendants. | CR No. 10-0632 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 10, 2010 THROUGH DECEMBER 7, 2010 |

    The parties appeared in Court on November 10, 2010 for a status conference in this case. Parties requested an exclusion of time.  All parties stipulated to and the Court ordered the exclusion of time under the Speedy Trial Act from November 10, 2010 up to and including December 7, 2010 for effective preparation of counsel.

    Based upon the parties' representations, and for good cause showing, THE COURT ORDERS THAT:

    1.    Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from November 10, 2010 up to and including December 7, 2010 for effective preparation of counsel.  Failure to

SPEEDY TRIAL ACT ORDER
CR 10-0632 WHA                                                    1

grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendants 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 10, 2010 up to and including December 7, 2010 outweigh the best interest of the public and the defendants in a speedy trial 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendants, the Court orders that the period from November 10, 2010 up to and including December 7, 2010 be excluded from the Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

DATED:   December 3, 2010.

_____
HON. WILLIAM ALSUP
United States District Judge