# UNITED STATES DISTRICT COURT

for the
## Northern District of California

**U.S.A. vs. PABLO ONOFRE**  **Docket No. CR10-00632-RS**

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Pablo ONOFRE |
| Name of Judicial Officer: | Honorable Bernard Zimmerman, U.S. Magistrate Judge |
| Date of Release: | July 27, 2010 |
| Charged Offenses: | Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii) - Conspiracy to Distribute and Possess With Intent to Distribute Fifty (50) Grams or More of Methamphetamine. |
| Release Conditions: | $150,000 Secured bond |
| Special Conditions: | The defendant shall report to Pretrial Services in Oakland, California, as directed; the defendant's travel is restricted to the Northern District of California; the defendant shall not possess any firearms, destructive devices, or other dangerous weapons; the defendant shall surrender any passport and not possess any passport or travel document; the defendant shall participate in drug counseling, and submit to drug testing, as directed by Pretrial Services; the defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription; the defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment; the defendant shall have no contact with any co-defendant out of the presence of counsel; the defendant shall not change residence without prior approval of Pretrial Services; and the defendant shall comply with the following curfew: 5pm to 5am. |

## U.S.A. vs. Pablo ONOFRE          Docket No. <u>CR10-00632 RS</u>

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Carol K.J. Mendoza, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

### VIOLATION(S):

1) According to BI Voice ID records (automated curfew), Pablo ONOFRE missed check ins on December 28, 2010, at 6:59pm and 8:46pm, on December 31, 2010 at 8:33pm, and on January 1, 2011, at 8:41pm. Pretrial Services made numerous attempts to contact the defendant at home and through his mobile phone without success. Additionally, we contacted all sureties, the defendant's employment and the defendant's son who advised they are unaware of the defendant's whereabouts. It should also be noted that a representative from the defendant's reported place of employment stated they do not have anyone by the name of Pablo Onofre working at their place of business. Mr. Onofre has not contacted Pretrial Services and his current whereabouts are unknown.

Based on the foregoing, there is probable cause to believe that Pablo ONOFRE violated the conditions of his pretrial supervision release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted:

*Carol K.J. Mendoza* (signature)

Carol K.J. Mendoza
U.S. Pretrial Services Officer

January 4, 2010

Date Signed

Approved as to form:

_(signature)_

Betty Kim, Supervisor
U.S. Pretrial Services Officer

**U.S.A. vs. Pablo ONOFRE**      **Docket No. CR10-00632 RS**

Having considered the information set forth above, the Court finds there is probable cause to believe there has been a violation of the conditions of supervision.

THE COURT ORDERS:

☑ The issuance of a no bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why his/her bail should not be revoked.

❏ Other: _____

_____

_____

_____

5 Jan 2011
Date

Honorable Bernard Zimmerman
U.S. Magistrate Judge

PS8A: Rev. 3/23/05