IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO ONOFRE and STEPHEN RATCLIFF,<br><br>Defendants.<br>_____ / | No. C 10-00632 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO VACATE TRIAL AND PRETRIAL CONFERENCE DATES** |

The parties have stipulated and requested, because defendant Ratcliff plans to plead guilty on Tuesday, January 18, and defendant Onofre is a fugitive, that trial on January 31, and the pretrial conference on January 26, be vacated. That request is **DENIED** without prejudice to renewal after defendant Ratcliff pleads guilty.

**IT IS SO ORDERED.**

Dated: January 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE