1  Mark R. Vermeulen  [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street  #4
   San Francisco, CA  94110.2044
3  Phone: 415.824.7533
   Fax: 415.824.4833
4  vermeulen@mindspring.com

5  Attorney for Defendant
   PABLO ONOFRE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,       | No.  CR 10-0632 WHA
12 |         Plaintiff,              |
   |                                 | **STIPULATION AND [Proposed] ORDER**
13 |     v.                          | **TERMINATING ORDER FOR PAYMENTS**
   |                                 | **BY DEFENDANT ONOFRE**
14 | PABLO ONOFRE, et al.,           |
   |         Defendants.             |
15

16      Counsel Mark Vermeulen was appointed to represent Defendant Pablo Onofre in August 2010

17 pursuant to the Criminal Justice Act.  In or about August 2010 the Court, through the Magistrate Judge,

18 issued an order directing Defendant Onofre to make monthly payments of $250 to the Court toward the

19 costs of CJA-appointed counsel.  On January 6, 2011, the Court issued a no bail warrant for Defendant

20 Onofre's arrest due to Defendant Onofre's violation of his conditions of pretrial supervision release by

21 his missing check-ins and by his not maintaining contact with U.S. Pretrial Services.  *See* Doc. 24

22 (*Petition for Arrest Warrant for Defendant Under Pretrial Supervision*, with order signed by the

23 Magistrate Judge).  Defendant Onofre has not appeared before the Court since that time.

24      The Court recently contacted counsel Vermeulen to inform him of the need for an order

25 terminating the order for payments as of the date of the issuance of the arrest warrant, as required by the

26 Court's financial department.  Therefore,

27 / / /

28

IT IS STIPULATED that the order directing Defendant Onofre to make monthly payments of $250 may be terminated, effective as of January 6, 2011 (the date the arrest warrant issued).

IT IS SO STIPULATED.

Dated: January 9, 2015

Melinda Haag
United States Attorney

/S/
Kevin J. Barry
Assistant United States Attorney

Dated: January 9, 2015

/S/
Mark R. Vermeulen
Attorney for Defendant
PABLO ONOFRE

## ORDER

For the reasons stated above, and good cause appearing,

IT IS HEREBY ORDERED that the order directing Defendant Onofre to make monthly payments of $250 shall be terminated, effective *nunc pro tunc* as of January 6, 2011 (the date the arrest warrant issued).

IT IS SO ORDERED.

Dated:  January  9 , 2015

Maria-Elena James
United States Magistrate Judge

STIPULATION AND [Proposed] ORDER TERMINATING ORDER
FOR PAYMENTS BY DEFENDANT ONOFRE